DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALBA DUQUE,**
Appellant,

v.

**CHABAD AT THE CIVIC CENTER, INC.,**
Appellee.

No. 4D20-1690

[May 13, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE19012751.

Alba Duque, Hollywood, pro se.

Heidi J. Bassett of Hellmuth & Johnson, PLLC, Edina, Minnesota, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***